# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**

**LOGAN BRANNON, ET AL.**                    **NO.: 15-00145-BAJ-RLB**

## <u>ORDER</u>

Considering the **Unopposed Motion to Continue (Doc. 154)** filed by Logan Brannon ("Defendant") seeking to continue the trial in this matter and its preceding deadlines by at least sixty days:

The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), and further finds that the instant case is so complex due to the number of defendants and nature of the prosecution making it unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by 18 U.S.C. § 3161, pursuant to 18 U.S.C. § 3161(h)(7)((b)(ii).[1]

---

[1] The Court ordered any party that wished to object to Defendant's motion to file an objection on or before Friday, April 29, 2016. (Doc. 155). No objection was filed.

JURY

Accordingly,

**IT IS ORDERED** that the motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial motions deadline, pretrial conference date, and jury trial date previously set forth in Doc. 124 are hereby continued as follows:

Pretrial motions shall be filed on or before **Monday, July 11, 2016**.

The pretrial conference is set for **Thursday, August 4, 2016 at 2:00 p.m.** in chambers.

The jury trial is set for **Monday, August 29, 2016 through September 2, 2016 at 8:30 a.m.** in courtroom 2.


Baton Rouge, Louisiana, this 3rd day of May, 2016.


**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**